UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**         CASE NO.: _____14-33193-JKO_____

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ ____2nd____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: WILLIS, KEVIN ROY                JOINT DEBTOR: _____

Last Four Digits of SS# __XXX-XX-9001__       Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __36__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ __1,340.48__ for months __1__ to __6__ ;
    B.    $ __50.00__ for months __7__ to __36__ ;
    C.    $ _____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee    $ 3,500.00 + $2,600.00 (LMM) +$525.00 (mtn to modify)  = $ 6,625.00
    * TOTAL PAID DIRECT    $ 4,100.00
    Balance Due    $ 2,52500    payable $ 841.67    month (Months 1 to 3 )

*** $ 1,500.00  is due prior to filing of LMM Motion for Referral and $ 1,100.00 is due once the Mediation has been set.**

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)]  Mortgages(s)/Liens on Real or Personal Property:

1. Wells Fargo Home Mortgage            ** MMM Payment $ 376.94 /month (Months 1 to 3 )
Attn: Payment Processing           .
Address 1 Home Campus
    MAC #X2302-04C
    Des Moines, IA 50328
    Claim #6/***1672
**Includes Principle, Interest, Property Taxes and Property Insurance.**

    **LMM Payment is Based upon 31% of Debtor's Gross Income.**

    **IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value & Description of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. ___IRS___    Total Due $ 2,981.06   .
    Payable   $ 1,218.61 /month (Months 4 to 5 ); $ 543.84 /month (Months 6 to 6 )

Unsecured Creditors: Pay $674.77 month (Months 6 to 6 ); $ 45.45 month (Months 7 to 36 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    Other Provisions Not Included Above:
    REQUIRED LMM PLAN LANGUAGE (AO 13-01)
The Debtors surrender their homestead property located at  12418 NW 53 St., Coral Springs, FL 33076. to  Wells Fargo Home Mortgage Lender"),(***1672) Mayfair at Wyndham Lakes HOA and Broward County Tax CollectorThe Debtor will assume the lease with Mitsubishi Motors Credit of America (Acct# 2239) secured by his 2013 Mitsubishi Outlander.
The Debtor withdrew $25,027.53 in July 2014 from his 401(k) Account. This income is calculated for Form 22C as it was withdrawn during the 6 month period prior to filing. However, this income is not ongoing. The new gross income on line 11 is $4,251.14. The new tax deduction on line 30 is $0.00.  The new insurance deductions on line 39 are $0.00. The new qualified retirement deductions on line 55 are $0.00. The total of all deductions on line 58 is now $0.00.  The new monthly disposable income on line 59 is now $0.00.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/_____                    _____
Debtor                                        Joint Debtor
Date: __May 29, 2015__                        Date: _____

LF-31(rev. 8/01/06)